**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **DAPHNE LESLIE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 10-0309-KD-N |
| | ) |
| **CUMULUS MEDIA, INC.,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

**ORDER**

Plaintiff has filed a Motion for Five-Day Extension of Deadlines (doc. 35). Upon consideration, it is hereby ORDERED that plaintiff's Motion is GRANTED. The discovery deadline is EXTENDED by five days to and including May 25, 2011, and the dispositive motion deadline set for June 10, 2011, is EXTENDED to June 15, 2011. All other deadlines remain unchanged.

DONE this the 13th day of May, 2011.

/s/ Katherine P. Nelson
UNITED STATES MAGISTRATE JUDGE