IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DAPHNE LESLIE, ) | |
| Plaintiff, ) | |
| v. ) | CIVIL ACTION 10-00309-KD-N |
| ) | |
| CUMULUS MEDIA, INC., *et al*, ) | |
| Defendants. ) | |

## JUDGMENT

In accordance with the Order entered on August 30, 2011 granting the Cumulus Defendants' motion for summary judgment (Doc. 43), denying Plaintiff Leslie's motion for summary judgment as to all claims against the Cumulus Defendants (Doc. 39), and mooting Plaintiff Leslie's motion for summary judgment as to the state law claims against Defendant Coleman (Doc. 39), and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby **ORDERED, ADJUDGED** and **DECREED** that this action is **DISMISSED** with prejudice. Each party shall bear her or its own costs.

**DONE** and **ORDERED** this the **8th** day of **September 2011.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**